IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN HOWARD, | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. H-07-1359 |
| | § Jury Demanded |
| JACOBS ENGINEERING, INC., | § |
| Defendant. | § |

## PROPOSED ORDER

The Court considered Plaintiff Kevin Howard's, Response to Defendant's Motion for Summary Judgment and Objections to Defendnat's Evidence filed on _____, 2008. After considering the motions and any responses thereto, the Court finds that Defendant's Motion for Summary Judgment should be DENIED and Plaintiffs objections to Defendant's evidence shall be sustained.

**SIGNED** on this _____ day of _____, 2008.

_____
JUDGE PRESIDING

1