IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN HOWARD, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-07-1359 |
| § | Jury Demanded |
| JACOBS ENGINEERING, INC., § | |
| Defendant. § | |

## INDEX TO EXHIBITS
## TO PLAINTIFF'S SUMMARY JUDGMENT RESPONSE

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Letter from Linda F. Giles |
| B | Deposition of Kevin Howard |
| C | Deposition of Cristina Dunn |
| D | Deposition Linda F. Giles |