04-07-2006

To whom it may concern,

My name is LFGiles - Please find noted for consideration – observations of issues in the work place (Jacobs Engineering), which were in my opinion – obvious areas of discrimination.

Upon my employment at Jacobs (01/2005 through present) there are numerous accounts of what I would consider grounds of discrimination.

From day 1 – The Person that I was brought in to more or less relieve from an 'acting role' of Documents Control Lead - failed to bring me up to speed with work processes already in place in the department for whatever reason that made since to them. Although my Overall Mngr. Of the department and area supervisor was aware, I was told to be 'sensitive' in a sense in that it was going to be hard for that person (Jennifer Phillips) to let go.

As time past, it became more and more obvious that JP was a very disgruntle employee, a very insubordinate as well as prone to retaliation when it came down to responding to questions about 'methodology' already in place. Although she had been instructed to train me on work processes, she refused to do so. Not only would they not train me, but (3) additional persons hiring on after my start date – were also denied the training that she had been instructed to provide. One of these persons were also African American as I am, along with Kevin, who I understand that his training was long past due, and one other person, who was Caucasian - same as JP, but because they tended to bond more with me, she would not train that person as well (Tammie Ortiz).

There were numerous of occasions where both JP and Tammie would actually clash and Tammie would keep me advised. Because of the intent to intimidate by hurling various accusations about who she knew there at the company and the fact that they 'had her back' it became most frustrating to Tammie and she in turn ended up in the overall dept. mngr's office reporting the 'hostile' work environment that was obvious on the Premcor Engineering area of Document Control. Mngr. In turn informed Document Control Supervisor of Premcor Job who in turn called a meeting involving Tammie, JP and myself along with Supervisor. As of this meeting, this had to have been about the third meeting that I had to have to attend due to actions on JP's part that spiraled into calling meetings. Everyone (Manager and Supervisor) was aware of the issues and would always conclude that they knew this person was a problem, was definitely insubordinate, and was never sure what exactly it was that she did in that it was evident to see that



for the most part, I was personally packing the Engineering Side of Document Control to maintain product ivy. No serious action was ever taken.

This was an ongoing obvious problem. Lots of absenteeism, not only on her part but on the part of still another co-worker – Nick Bowman (who is also Caucasian). He would miss on a repeated basis as well as come in when he would come, tardy. The rule would be to call in if you would be tardy or late as well as placing your name on a dept. calendar to those effects. He would repeatedly fail to call in as well as be tardy and or absent. If reprimands were given, it is not to our 'obvious' knowledge and the entire department has to look on and witness such conduct/deportment but did not have the same privilege. Kevin was for some reason viewed as insignificant to our job, but he came to work and when at work, did his work. THIS WAS OBVIOUS TO EVERYONE with exception to Dept Manger and apparently a select few others. If a toll was to be taken at this point and everyone felt confident to know that they would still have a job, the evidence would speak to Kevin's sentiment. Kevin has been 'fired' not layed off, but 'fired' for whatever the 'justified' reason was – yet this person is still employed after countless meetings, warnings, and at one point excessive absentisms as well as tardiness in a specific time frame. To this date, he is constantly being tardy and conveniently failing to mark Dept Calendar to reflect "Late" unless someone reminds him to mark the calendar.

The same accommodations were provided JP – after numerous reprimands, being written up for insubordination, doing what she pleases whenever she pleases, continuing to act as a Lead when it had been pointed out over and over again that she was not the Lead, trying to indirectly delegate when she was in no position to do so, going around the office making several co-workers feel uncomfortable due to her professing to have some weird kind of 'energy' working through her – and with all of this going on, instead of relieving her of her employment with Jacobs, JP was transferred out into another department – no doubt with an increase in pay – (with knowledge to all that mattered of her LACK of Work Ethics) – yet Kevin was fired.

Kevin was robbed of an opportunity to advance him as well as having a chance at a better career that was obviously stolen from under him. They made allowances / accommodations for JP, but refused to do so for Kevin even when an opportunity was available to him.

JP before transferring out, refused to bring anyone up to speed with anything that she had pending on her desk or advise in general WORK PROCESSES THAT ONLY SHE ALONE HAD WORKED ON...Two to Three Weeks later, I am left to try and figure out a lot of these processes and it's like this is expected of me. With this in mind, they still TRANSFERRED her into another Department – THEY FIRED Kevin. They felt that they would not transfer a problem employee from department to department at Jacobs, yet they did with Jennifer and some time back they did the same for still another problem employee Dorothy Guederian – who in turn walked out on the Job – yet they felt that Kevin

did not deserve a transfer. Is it really the color of his skin? JP was transferred into her new department - there for about (2) days and HAVE BEEN OUT every since - (supposedly due to a Medical Leave of Absence???). YET, she was accommodated.

It gets better, there is still another employee in the department that sits at their desk at any given time and will fall 'fast asleep'!!! there have been pictures taken by various ones on their cell phones and Premcor Supervisors as well as immediate co-workers are all aware of this, but again, accommodations as well as excuses are provided.

Kevin has lost his Job due to petty vengeance in my opinion. I believe that if it's good for the goose...there are countless other incidences as well as confidentialities that I am aware of, but am not at total liberty to express. I am hoping that Kevin can get accommodation and proper action can be taken on his behalf for the cold-hearted treatment given him with the intent to cause pain.

Kevin has said that this information will be kept 'anonymous' however if it gets to a ground of litigation, I feel confident to say that I, as well as several other people unless otherwise intimidated, should be willing to speak the truth for what it really is.

Rgds,

LFG